# CRIMINAL COMPLAINT

**United States District Court**    **DISTRICT of ARIZONA**

| | |
|---|---|
| United States of America<br>v.<br>**IRVIN STANLEY PONTIOUS**<br>DOB: xx-xx-1942; U.S. Citizen | DOCKET NO. **VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>**10-03006M** |

RECEIVED FEB - 1 2010 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY

**Complaint for violation of Title 18**     **United States Code § 111(a)(1)**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 30, 2010, at or near Pearce, in the District of Arizona, **IRVIN STANLEY PONTIOUS**, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Dan Victor Denman, a United States Border Patrol (USBP) Agent, while engaged in the performance of his official duties, by grabbing Agent Denman and struggling with him, thereby causing physical injury; in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 30, 2010, at approximately 1:30 am, United States Border Patrol Agent Dan Victor Denman, while in uniform and in the performance of his official duties, followed a suspicious vehicle approximately one quarter mile to a residence near Pearce, Arizona, located in the District of Arizona. The vehicle was driving erratically and in similar fashion to other vehicles used for smuggling and at one point appeared to be evading Agent Denman.

Once stopped at the residence, the vehicle's interior lights were left on and the occupants appeared to have fled. Agent Denman stopped his marked patrol truck on the adjacent street and exited his vehicle but did not go on to the property. Agent Denman was immediately and aggressively approached by an individual later identified as **IRVIN STANLEY PONTIOUS**, from the direction of the suspect vehicle. **PONTIOUS** was visibly agitated and yelling profanity at Agent Denman. Agent Denman repeatedly instructed **PONTIOUS** to get back into the vehicle, but **PONTIOUS** refused and continued to yell and become more agitated.

continued on reverse....

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>BKA/rsh<br>Authorized by AUSA: _____ | SIGNATURE OF COMPLAINANT<br>(official title) _____<br><br>OFFICIAL TITLE **Special Agent**<br>**Federal Bureau of Investigation** |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE _____ | DATE<br>February 1, 2010 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

**PONTIOUS** grabbed Agent Denman's left arm. Agent Denman and **PONTIOUS** began to struggle on the ground as Agent Denman attempted to handcuff **PONTIOUS**. During the scuffle, Agent Denman's left knee struck a rock and was abraded. **PONTIOUS** was lying face down with his hands underneath his body fidgeting in the area of his torso. Agent Denman repeatedly told **PONTIOUS** to give him his hands but **PONTIOUS** refused, continued to struggle with Agent Denman and attempted to roll onto his back. Agent Denman finally succeeded in securing **PONTIOUS'** hands and stood him up. Agent Denman noticed that lying on the ground where **PONTIOUS** had been struggling was a revolver. It was later identified as a .357 containing six live rounds.

**PONTIOUS** was placed into the back of Denman's service vehicle and the weapon was secured. Agent Charlie A. Salgado arrived and both Agents transported **PONTIOUS** to the Willcox Border Patrol Station.